THE STATE v. RUFERTY.

THE STATE v. BASSETT.

1. **Intoxicating Liquors:** NUISANCE: INDICTMENT: DUPLICITY: FIRST OFFENSE.   *State v. Howorth, ante,* 157, followed.

*Appeals from Harrison District Court.*

THURSDAY, DECEMBER 2.

*John H. Keatley* and *Charles Mackenzie,* for appellant.

*A. J. Baker Attorney-general,* for the State.

BECK, J.—The records in these cases are substantially like those in the foregoing cases of *State v. Howorth, ante,* 157, except in the first no forfeiture of the defendant's recognizance was declared. The questions of law in those cases arise in these. Following those decisions, we order the judgment against defendants to be affirmed, and a judgment to be entered upon the appeal bond in each case.

AFFIRMED.